AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

FILED
SEP 10 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. |
| RICHARD DALE TURNER | ) 2:25-mj-00141 |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ____7/15/25 to 8/15/25____ in the county of ____Boone____ in the ____Southern____ District of ____West Virginia____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2250(a) | Failure to register as a sex offender |

This criminal complaint is based on these facts:

In March 2016, RICHARD DALE TURNER was convicted of Sexual Assault in the Third Degree in the Circuit Court of Boone County, West Virginia. Because of the offense of conviction, RICHARD DALE TURNER is required to register as a sex offender under the Sex Offender Registration and Notification Act ("SORNA"). In June 2025, troopers with the West Virginia State Police filed a criminal complaint against RICHARD DALE TURNER, charging him with failing to register as a sex offender under state law. On August 15, 2025, RICHARD DALE TURNER was apprehended in Santa Rosa County, Florida, within the Northern District of Florida, based on (1) his providing officers with a false name and (2) his West Virginia arrest warrant. The undersigned officer interviewed RICHARD DALE TURNER's girlfriend, who was with him at the time of his arrest, and she stated that RICHARD DALE TURNER had been living in Florida for approximately 1 month. Until his arrest, RICHARD DALE TURNER had never registered in the State of Florida. Under SORNA, sex offenders have 3 business days to update their registration regarding residence changes or employment changes.

☐ Continued on the attached sheet.

*Mark E. Waggamon /s/*
Complainant's signature

Mark E. Waggamon, Deputy U.S. Marshal
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ____09/10/2025____

*[Judge's signature]*
Judge's signature

City and state: ____Charleston, West Virginia____   Dwane L. Tinsley, United States Magistrate Judge
Printed name and title